FELIX Q. RAST and Another v. FRANK Z. LESCHIN.— Motion denied, with ten dollars costs, with leave to plaintiffs to serve an amended complaint within five days from service of order upon payment of costs provided for in the order of this

court entered on June 14, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.